UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-24799-CV-WILLIAMS

MALAKI BAHU,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Jonathan Goodman's Report and Recommendations (DE 46) ("***Report***") on Plaintiff's Motion to Change Venue (DE 40) ("***Motion***"). In the Report, Judge Goodman recommends that the Motion be granted, and that the matter is transferred to the United States District Court for the District of Oregon. (DE 46 at 6). Specifically, Judge Goodman finds that Plaintiff's Motion should be granted by default and on the merits. (*Id.* at 2). Judge Goodman notes that, although Plaintiff's certificate of conferral states that Defendant is opposed to the Motion, Defendant did not file a response. The failure to file an opposing memorandum "may be deemed sufficient cause for granting the motion by default." *See* S.D. Fla. L.R. 7.1(c)(1). Moreover, Judge Goodman explains that since Plaintiff resides in Portland, Oregon and "[a]ll events giving rise to the ERISA claim including medical treatment, employment, benefits processing and appeal occurred exclusively in Oregon," the transfer of this matter is warranted pursuant to 28 U.S.C. § 1404(a). (DE 46 at 3-6). No objections were filed to the Report, and the time to object

has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Goodman's Report (DE 46) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion to Transfer Venue (DE 40) is **GRANTED**.

3. The Clerk of the Court is directed to **TRANSFER** this case to the United States District Court for the District of Oregon.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>13th</u> day of November, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE